IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>　　　　and<br><br>JAMES MAGUIRE,<br><br>　　　　Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

**CERTIFICATE REQUIRED BY LCvR. 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel for Defendant Document Technologies, LLC ("DTI"), incorrectly identified in the Complaint as Document Technologies, Inc., certify that to the best of my knowledge and belief, DTI Holdings Corp., a private corporation, is DTI's parent corporation and that no publicly held corporation exists that owns 10% or more of DTI's stock. These representations are made in order that judges of this court may determine the need for recusal.

　　　　Submitted this 20th day of December, 2005.

　　　　　　　　　　　　　　　　　　/s/ Stephen R. Smith_____
　　　　　　　　　　　　　　　　　　Stephen R. Smith
　　　　　　　　　　　　　　　　　　D.C. Bar No. 453719
　　　　　　　　　　　　　　　　　　Natalie Stewart Cortez
　　　　　　　　　　　　　　　　　　D.C. Bar No. 483272
　　　　　　　　　　　　　　　　　　**POWELL GOLDSTEIN, LLP**

                                  901 New York Avenue, NW
Third Floor
Washington, DC 20001
(202) 347-0066
(202) 624-7222

**OF COUNSEL:**

Tricia A. Kinney
Georgia Bar No. 422102
Shay Ellen Zeemer
Georgia Bar No. 784310
**POWELL GOLDSTEIN, LLP**
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Tel: (404) 572-6600
Fax: (404) 572-6999
Attorneys for Defendant
Document Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was served on the following parties in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope, with adequate postage thereon, as follows:

    Howard N. Berliner
    BERLINER LAW FIRM, LLC
    1920 N Street, N.W.
    Suite 300
    Washington, D.C. 20036

This 20th day of December, 2005.

                            /s/ Natalie Cortez_____
                            Natalie Cortez

::ODMA\PCDOCS\ATL\960595\1