UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:05-CV-01825-RMU |
| | ) |
| DOCUMENT TECHNOLOGIES, INC. | ) |
| and JAMES MAGUIRE, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Stephen R. Smith, counsel for Defendant, Document Technologies, Inc., in the above referenced action, and moves for the admission *pro hac vice*, pursuant to Local Rules of the District of Columbia, of Shay Ellen Zeemer, for the limited purpose of allowing her to appear in the above styled matter. In support thereof, the parties, would respectfully show the Court as follows:

Defendant, Document Technologies, Inc., desires to have Ms. Zeemer assume the duties as counsel in this case.

Shay Ellen Zeemer is a member in good standing of the State Bar of Georgia and is admitted to practice before the Supreme Court of Georgia and the United States District Court for the Northern District of Georgia. (Please see Attachment A hereto.)

Ms. Zeemer is eligible for admission to the Bar of this Court pursuant to the Local Rules of this Court. She has read and is familiar with the Local Rules of this Court. She understands that she is subject to the disciplinary jurisdiction of this Court. Attached as an Exhibit hereto is the Request For Admission *Pro Hac Vice,* completed and signed by Ms. Zeemer.

Therefore, Defendant Document Technologies, Inc. respectfully requests that the motion for admission *pro hac vice* of Shay Ellen Zeemer be granted and that Ms. Zeemer be allowed to appear for Defendant Document Technologies, Inc. in the above referenced matter.

Respectfully Submitted,

s/Stephen R. Smith
Stephen R. Smith, D.C. Bar No. 453719
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C.  20001-4413
(202) 347-0066  Telephone
(202) 624-7222  Facsimile
stsmith@pogolaw.com  E-mail

and

Tricia A. Kinney
Georgia Bar No. 422102
Shay Ellen Zeemer
Georgia Bar No. 784310
POWELL GOLDSTEIN LLP
One Atlantic Center, ourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
(404) 572-6600  Telephone
(404) 572-6999  Facsimile

Attorneys for Defendant Document Technologies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> Howard Norman Berliner
> 1920 N Street, N.W.
> Suite 300
> Washington, D.C. 20036
> berlinerfirm@comcast.net

> s/Stephen R. Smith
> Stephen R. Smith, D.C. Bar No. 453719

972899