UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:05-CV-01825-RMU |
| ) | |
| DOCUMENT TECHNOLOGIES, INC. ) | |
| and JAMES MAGUIRE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The cause is before the Court on the Application for admission to practice before this Court *pro hac vice*. The Court finds that the Application should be granted.

IT IS THEREFORE ORDERED that Shay Ellen Zeemer of Powell Goldstein LLP is admitted to practice before this Court for the limited purpose of appearing in the above-styled case.

DATED this _____ day of January 2006.

_____
UNITED STATES DISTRICT JUDGE

972962