UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:05-CV-01825-RMU |
| | ) |
| DOCUMENT TECHNOLOGIES, INC. | ) |
| and JAMES MAGUIRE, | ) |
| | ) |
| Defendants. | ) |

## ATTACHMENT A TO MOTION FOR ADMISSION *PRO HAC VICE*

I hereby request admission to the Bar of this Court *PRO HAC VICE*, in support of which I represent as complete, true and correct the following:

1. My full name is Tricia A. Kinney.

2. My Georgia Bar membership number is 422102.

3. My law firm name and business address, telephone and fax numbers are:

   POWELL GOLDSTEIN LLP
   One Atlantic Center
   Fourteenth Floor
   1201 West Peachtree Street, N.W.
   Atlanta, Georgia 30309-3488
   Telephone Number: (404) 572-6600
   Fax Number: (404) 572-6999

4. The federal courts or bar associations in which I am a member "in good standing" to practice law follow:

   State Bar of Georgia
   United States Court of Appeals for the Eleventh Circuit
   United States District Court for the Northern District of Georgia

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

6. No proceedings which could lead to any such disciplinary action have been instituted against me in any such bodies.

7 I am familiar with the Federal Rules of Evidence, the Federal Rules of Civil Procedure and the local rules of this Court.

8. I have not been admitted *pro hac vice* in this Court within the last two years.

9. I do not practice law from an office located in the District of Columbia.

10. I am not a member of the District of Columbia Bar, nor do I have a pending application for membership to the District of Columbia Bar.

DATED this 6th day of January, 2006.

_____
Tricia A. Kinney

SWORN TO AND SUBSCRIBED before me
this 6th day of January 2006.

_____
Notary Public
My Commission Expires: March 5, 2007

972955

- 2 -