IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>DOCUMENT TECHNOLOGIES, INC. )<br> )<br>-and- )<br> )<br>JAMES MCGUIRE )<br>2310 BELLOW COURT )<br>CROFTON, MD 21114 )<br>410-570-4700 )<br> )<br>Defendants. )<br> ) | Case No. 1:05CV01825 RMU |

## DEFENDANT JAMES MCGUIRE'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant James McGuire respectfully moves pursuant to Fed. R. Civ. P. 6(b), for an enlargement of time within which to respond to the Complaint. In support of this motion, Defendant McGuire states as follows:

(1) Defendant McGuire is acting Pro Se in his own defense because I have been unsuccessful in obtaining affordable counsel.

(2) My inability to obtain affordable counsel has been made more complicated by the fact that much of the time since my receipt of the complaint was over the extended holiday season. I also had to spend a significant amount of time determining whether Defendant Document Technologies, Inc., my former employer, would provide representation to me.

(3) Defendant McGuire therefore respectfully requests a 30-day extension of time to properly research and draft a response to the Complaint.

(4) This motion is sought in good faith and with no intention to unduly delay these proceedings.

(5) I have attempted to obtain consent from Plaintiff's counsel over the last two weeks, but am still uncertain as to whether Plaintiff is going to agree or object to this request.

WHEREFORE, Defendant - McGuire respectfully request an enlargement of the time within which I may file an Answer to the Complaint. Pursuant to Local Rule 7(m), Defendant – McGuire has contacted counsel for Plaintiff concerning this requested enlargement, but was not given an answer by the Plaintiff.

Respectfully submitted,

James McGuire – Pro Se

By: _____
James J. McGuire
2310 Bellow Court
Crofton, MD 21114
410-570-4700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2006 U.S. First-Class Mail, postage prepaid, upon the following counsels of record, served a copy of the foregoing Defendant James McGuire's Motion for an Enlargement of Time:

Howard N. Berliner, Esq.
1920 N Street, N.W. Suite 300
Washington, D.C. 20036

*Attorney for Plaintiff Abderrahim Tnaib*

Powell Goldstein, LLP
Attn: Tricia Kinney
One Atlantic Center 14th Floor
1201 West Peachtree Street N.W.
Atlanta, GA 30309

*Attorney for Co-Defendant Document Technologies, Inc.*

_____
James J. McGuire