IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOCUMENT TECHNOLOGIES, INC. )<br>)<br>-and- )<br>)<br>JAMES MCGUIRE )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV01825 |

### ORDER GRANTING DEFENDANT JAMES MCGUIRE'S MOTION FOR ENLARGEMENT OF TIME

Upon consideration of Defendant James McGuire's Motion for Enlargement of Time and good cause having been demonstrated, it is by the Court this ____ day of _____ 2006;

ORDERED that the Motion for Enlargement of Time is GRANTED; and it is

FURTHER ORDERED that Defendant McGuire may file his Answer to Plaintiff's Complaint within 30 days of the date noted herein.

_____
UNITED STATES DISTRICT JUDGE