GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of Human Rights



Judiciary Square Office
441 4th Street, NW, Suite 570N
Washington, DC 20001
Phone: (202) 727-4559  Fax: (202) 727-9589

Penn Branch Office
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559  Fax: (202) 645-6390

January 6, 2006

James J. McGuire
2310 Bellow Court
Crofton, MD 21114

Reference: **Freedom of Information Act Request**
**Abderrahim Tnaib v. Document Technologies, Inc.**
**Docket # 04-367-P(CN)**

Dear Mr. McGuire:

Your Freedom of Information Act (FOIA) request for a copy of the above referenced complaint is denied. As the FOIA Officer for the District of Columbia Office of Human Rights (OHR), I am denying your request pursuant to D.C. Code § 2-534(a)(6)(A) which provides in pertinent part:

*"The following matters may be exempt from disclosure under the provisions of this subchapter: information specifically exempted from disclosure by statute (other than this section), provided that such statute requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue."*

The District of Columbia Municipal Regulations governing the procedures in the OHR provide that:

*"Documents in the complaint file shall be made available to the parties only after the Director has issued a determination on the question of probable cause to credit the complaint, or on the question of whether the complaint should be closed administratively." 4 DCMR § 722.*

Accordingly, 4 DCMR § 722 is the statute that specifically exempts disclosure of the requested documents to you because you are not a party to the complaint.

D.C. Code § 2-537(a) provides a right to appeal this denial. The code section provides that:

*"any person denied the right to inspect a public record of a public body may petition the Mayor to review the public record to determine whether it may be withheld from public inspection. Such determination shall be made in writing with a statement of*

*reasons therefor in writing within 10 days (excluding Saturdays, Sundays, and legal holidays) of the submission of the petition."*

Sincerely,

*[signature: Jewell T. Little]*

Jewell T. Little, FOIA Officer
D.C. Office of Human Rights
441 4th Street, N.W., Suite 570N
Washington, DC 20001
(202) 727-6910