## FORWARD

This policy manual outlines the Company's Human Resources Policies, procedures, and practices that affect DTI employees, including its managers. DTI believes that its employees will find it to be a valuable resource during their employment.

This Human Resources Policy Manual is not intended to create either an implied nor expressed contract or guarantee of employment or contractual obligation between the Company and its employees. **Thus, employment at DTI is for no specific period of time and this manual does not limit either the employee's right or the Company's right to terminate the employment relationship at any time.**

The Company reserves the right to revise or terminate any or all policies, procedures or benefits, in whole or in part, at any time.

An official copy of this policy manual resides in the Human Resources Department. Copies of the policy manual are maintained on DTI's intranet and in the company's local main offices. Although DTI attempts to notify employees of any changes to its policies, all employees are responsible for periodically checking the policy manual for any updates or changes that may have been made.