### Employment at Will

| Section: Employment | Policy Number: 101 |
|---|---|
| Effective Date: 01/01/00 | Revised Date: |

All employees at DTI are employed at-will. This means that both the Company and its employees have the right, under the Employment at Will guidelines, to terminate the employment relationship at any time, with or without cause or reason.

The Company's policies and procedures are not intended to create, and do not create, an employment contract (either express or implied) or a guarantee of continued employment for any employee; nor does anything in this manual or any policy or work rule of the Company alter the at-will employment relationship between the Company and its employees.

No employee of DTI may enter into an employment contract for a specific period of time, or make any agreement contrary to this policy without written approval from the Board of Directors.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February 2006 U.S. First-Class Mail, postage prepaid, upon the following counsel of record, served a copy of the foregoing Defendant's Partial Motion to Dismiss:

Howard N. Berliner, Esq.
1920 N Street, N.W. Suite 300
Washington, D.C. 20036

*Attorney for Plaintiff Abderrahim Tnaib*

Powell Goldstein, LLP
Attn: Tricia Kinney
One Atlantic Center 14th Floor
1201 West Peachtree Street N.W.
Atlanta, GA 30309

*Attorney for Co-Defendant Document Technologies, Inc.*

James J. McGuire