IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDERRAHIM TNAIB<br><br>Plaintiff,<br><br>v.<br><br>DOCUMENT TECHNOLOGIES, INC.<br><br>-and-<br><br>JAMES MCGUIRE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:05CV01825   (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON DEFENDANT'S MOTION TO DISMISS

UPON CONSIDERATION of the Defendant James McGuire's Motion to Dismiss Counts II, III, IV and V of the Complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6), the response thereto, and the entire record, it is this _____ day of _____, 2006,

ORDERED that the Defendant's McGuire's Motion to Dismiss shall be GRANTED; and that this action is hereby DISMISSED with prejudice as to Counts II, III, IV and V.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE