# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB, )<br>4856 Arlington Boulevard )<br>Arlington, VA  22204, )<br>            )<br>    Plaintiff, )<br>            )<br>vs. )<br>            )<br>DOCUMENT TECHNOLOGIES, INC., )<br>2000 M. Street, N.W., Suite LL 03 )<br>Washington, DC  20036, )<br>            )<br>    and )<br>            )<br>JAMES MAGUIRE, )<br>            )<br>    Defendants. )<br>_____) | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP:  09/14/2005 |

## NOTICE OF REQUEST FOR LEAVE-OF-ABSENCE

Tricia A. Kinney, counsel for Defendant Document Technologies, LLC ("DTI"), incorrectly identified in the Complaint as Document Technologies, Inc., hereby requests the Court (1) for a leave-of-absence due to pregnancy and maternity leave, such leave to begin on or about June 26, 2006 and continue through September 26, 2006 and (2) per medical restrictions, to be released from any activities required with respect to this action that would necessitate air travel beginning May 26, 2006, which is one month prior to the beginning of maternity leave. Counsel will update the Court if the above-requested dates for leave-of-absence change in any way.

Respectfully submitted this 21st day of March, 2006.

/s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Natalie Stewart Cortez
D.C. Bar No. 483272
**POWELL GOLDSTEIN, LLP**
901 New York Avenue, NW
Third Floor
Washington, DC 20001
Tel: (202) 347-0066
Fax: (202) 624-7222

**OF COUNSEL:**

Tricia A. Kinney
Georgia Bar No. 422102
Shay Ellen Zeemer
Georgia Bar No. 784310
**POWELL GOLDSTEIN, LLP**
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Tel: (404) 572-6600
Fax: (404) 572-6999

Attorneys for Defendant
Document Technologies, Inc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,            )<br>4856 Arlington Boulevard       )<br>Arlington, VA  22204,             )<br>                                              )<br>        Plaintiff,                          )<br>                                              )<br>vs.                                          )<br>                                              )<br>DOCUMENT TECHNOLOGIES, INC.,  )<br>2000 M. Street, N.W., Suite LL 03 )<br>Washington, DC  20036,         )<br>                                              )<br>        and                                  )<br>                                              )<br>JAMES MAGUIRE,              )<br>                                              )<br>        Defendants.                     )<br>_____) | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP:  09/14/2005 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF REQUEST FOR LEAVE-OF-ABSENCE** was served on the following parties in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope, with adequate postage thereon, as follows:

> Howard N. Berliner, Esq.
> BERLINER LAW FIRM, LLC
> 1920 N Street, N.W.
> Suite 300
> Washington, D.C.  20036

This 21st day of March, 2006.

> /s/ Natalie Cortez
> Natalie Corte