IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC  20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP:  09/14/2005 |

## ENTRY OF APPEARANCE

Please enter the appearance of Natalie S. Cortez, Esquire of Powell Goldstein, LLP as counsel for Defendant Document Technologies, LLC, incorrectly identified in the Complaint as Document Technologies, Inc.

This 21st day of March, 2006.

/s/ Natalie Cortez
Natalie Cortez

::ODMA\PCDOCS\WSH\382815\1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>       Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC  20036,<br><br>       and<br><br>JAMES MAGUIRE,<br><br>       Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment<br>Discrimination<br><br>DATE STAMP:  09/14/2005 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served on the following parties in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope, with adequate postage thereon, as follows:

>Howard N. Berliner, Esq.
>BERLINER LAW FIRM, LLC
>1920 N Street, N.W.
>Suite 300
>Washington, D.C.  20036
>
>James J. McGuire
>2310 Bellow Court
>Crofton, MD 21114

This 21st day of March, 2006.

                              /s/ Natalie Cortez
                              Natalie Cortez