**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDERRAHIM TNAIB )<br>4856 Arlington Boulevard )<br>Arlington, VA 22204 )<br>  )<br>          Plaintiff, )<br>  vs. )<br>  )<br>DOCUMENT TECHNOLOGIES, INC. )<br>2000 M Street, N.W., Suite LL 03 )<br>Washington, DC 20036 )<br>  )<br>  -and- )<br>  )<br>JAMES McGUIRE )<br>2310 Bellow Court )<br>Crofton, MD 21114 )<br>  )<br>          Defendants. )<br>_____) | Case No.   1:05CV01825  (RMU) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT JAMES McGUIRE'S REPLY TO OPPOSITION TO MOTION TO DISMISS**

Plaintiff, by and through undersigned counsel, respectfully requests leave of the Court to file a Surreply to Defendant James McGuire's Reply to Plaintiff's Opposition to Motion to Dismiss. Plaintiff's filing of a Surreply is in furtherance of justice to correctly clarify for the Court essential issues of fact that were misstated in Defendant's Reply to Plaintiff's Opposition to Motion to Dismiss. An unsuccessful attempt was made to contact Defendant James McGuire telephonically to see if he would oppose this motion.

Date:  April 10, 2006                                    Respectfully submitted,


/s/ Howard N. Berliner
_____
Howard N. Berliner (D.C. Bar No. 451314)
BERLINER LAW FIRM, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 429-0399

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of April 2006, copies of the foregoing Plaintiff's Motion for Leave to File Surreply to Defendant's Reply to Opposition to Defendant James McGuire's Motion to Dismiss, and Proposed Order Granting Plaintiff's Motion for Leave to File Surreply to Defendant's Reply to Opposition to Defendant James McGuire's Motion to Dismiss were mailed first-class, postage pre-paid, to:

        James McGuire
        2310 Bellow Court
        Crofton, MD 21114

        Stephen R. Smith, Esquire
        POWELL GOLDSTEIN LLP
        901 New York Avenue, N.W.
        Third Floor
        Washington, D.C. 20001


        /s/ Howard N. Berliner
        _____
        Howard N. Berliner, D.C. Bar No. 451314