### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB<br>4856 Arlington Boulevard<br>Arlington, VA 22204<br><br>           Plaintiff,<br>     vs.<br><br>DOCUMENT TECHNOLOGIES, INC.<br>2000 M Street, N.W., Suite LL 03<br>Washington, DC 20036<br><br>     -and-<br><br>JAMES McGUIRE<br>2310 Bellow Court<br>Crofton, MD 21114<br><br>           Defendants. | )<br>)<br>)<br>)   Case No.   1:05CV01825 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT JAMES McGUIRE'S REPLY TO OPPOSITION TO MOTION TO DISMISS

On April 10, 2006, Plaintiff filed a motion for leave to file a Surreply to Defendant James McGuire's Reply to Plaintiff's Opposition to Motion to Dismiss.

The motion is **GRANTED.** Plaintiff's Surreply to Defendant James McGuire's Reply to Plaintiff's Opposition to Motion to Dismiss shall be received for filing.

**ORDERED:**

_____
Judge Ricardo M. Urbina

Dated: April ___, 2006

2

Case 1:05-cv-01825-RMU    Document 14-3    Filed 04/10/2006    Page 2 of 2