IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB <br><br> Plaintiff, <br><br> v. <br><br> DOCUMENT TECHNOLOGIES, INC. <br><br> -and- <br><br> JAMES MCGUIRE <br><br> Defendants. | Case No. 1:05CV01825   (RMU) |

### ORDER ON DEFENDANT'S MOTION TO STRIKE

UPON CONSIDERATION of the Defendant James McGuire's Opposition to Plaintiff's Motion for Leave to File a Surreply, it is this _____ day of _____, 2006,

ORDERED that the Plaintiff's Motion For Leave To File Surreply To Defendant James McGuire's Reply To Opposition To Motion To Dismiss is **DENIED**.

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE