UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ABDERRAHIM TNAIB, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1825 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 8, 14 |
| | : | | |
| DOCUMENT TECHNOLOGIES, LLC., | : | | |
| | : | | |
| and | : | | |
| | : | | |
| JAMES MCGUIRE, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 21st day of September, 2006,

**ORDERED** that the plaintiff's motion for leave to file a surreply is **GRANTED**, and it is

**FURTHER ORDERED** defendant McGuire's motion to dismiss is **GRANTED in part** and **DENIED in part**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge