RECEIVED
OCT 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB<br><br>        Plaintiff,<br><br>        v.<br><br>DOCUMENT TECHNOLOGIES, INC.<br><br>        -and-<br><br>JAMES MCGUIRE<br>2310 BELLOW COURT<br>CROFTON, MD 21114<br>410-570-4700<br><br>        Defendants. | Case No. 1:05CV01825 (RMU) |

## DEFENDANT JAMES MCGUIRE'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE STATUS HEARING

Defendant James McGuire respectfully moves for a continuance of the scheduled Status Hearing. In support of this motion, Defendant McGuire states as follows:

(1) Defendant McGuire will be out of the state from November 21, 2006 through November 27, 2006 visiting family over the Thanksgiving holiday.

(2) Plane fare for this trip was purchased on July 5, 2006; please see attached airline itinerary.

(3) Defendant McGuire therefore respectfully requests a continuance of the Status Hearing currently scheduled for November 27, 2006

(4) This motion is sought in good faith and with no intention to unduly delay these proceedings.

(5) Plaintiff's counsel as well as co-Defendant's counsel have been contacted and both stated that they do not oppose this motion.

WHEREFORE, Defendant - McGuire respectfully request a continuance of the Status Hearing scheduled for November 27, 2006. Pursuant to Local Rule 16.1(b), Defendant McGuire has contacted both counsels for Plaintiff and co-Defendant, concerning this requested continuance and both do not oppose this motion.

Respectfully submitted,

James McGuire – Pro Se

By: /s/ James J. McGuire
James J. McGuire
2310 Bellow Court
Crofton, MD 21114
410-570-4700

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October 2006 U.S. First-Class Mail, postage prepaid, upon the following counsels of record, served a copy of the foregoing Defendant James McGuire's Motion for a continuance of the Status Hearing scheduled for November 27, 2006:

>Howard N. Berliner, Esq.
>1920 N Street, N.W. Suite 300
>Washington, D.C. 20036
>
>*Attorney for Plaintiff Abderrahim Tnaib*
>
>Powell Goldstein, LLP
>Attn: Steven R. Smith, Esq.
>901 New York Avenue, N.W.
>Third Floor
>Washington, D.C. 20001
>
>*Attorney for Co-Defendant Document Technologies, Inc.*

_____
James J. McGuire