**From:** confirmations@airtran.com [mailto:confirmations@airtran.com]
**Sent:** Wednesday, July 05, 2006 11:05 AM
**To:** McGuire, Ellen
**Subject:** AirTran Airways Confirmation for JAMES MCGUIRE on November 21, 2006



**Thank you for flying AirTran Airways.**
If you have any questions about your reservation, please call 1-800-AIR-TRAN.

**Confirmation number: Z5F99P**

**Passengers:**
  JAMES MCGUIRE
  ELLEN MCGUIRE
  KIRA MCGUIRE
  2310 BELLOW COURT
  CROFTON, MD 21114

**Flight Information:**
Should our flight schedule change, we will notify you by email as early as possible.

**November 21, 2006, Flight 415** [Non-Stop]
Departing Baltimore/Washington, MD (BWI) at 2:52 PM
Arriving Tampa, FL (TPA) at 5:13 PM

**November 27, 2006, Flight 476** [Non-Stop]
Departing Tampa, FL (TPA) at 11:18 AM
Arriving Baltimore/Washington, MD (BWI) at 1:31 PM

**Payment Information:**

|  |  |
|---:|---:|
| Air Fare | 576.00 |
| Federal Segment Tax | 19.80 |
| Airport Passenger Facility Charge | 27.00 |
| September 11th Security Fee | 15.00 |
| Ticket Total | 637.80 |

Now you can check in for your flight online - see details below.

 Will you need a rental car?
Follow this link to receive the AirTran Airways discount on a Hertz car rental.

Looking for a  place to stay once you get there?
Book your hotel on our partner site.

Net Escapes    Net Escapes - sign up and save.
Get our best deals emailed to you weekly.

Sign up here.

**Passenger Check-In Information**

**Online Flight Check-In Service!**
Check in for your flight online at airtran.com.

Most passengers with an electronic ticket for a domestic flight may use our online flight check-in service from 24 hours to 90 minutes before the flight's scheduled departure to obtain their boarding pass and seat assignment.

**Ticket Counter Check-In Requirements**
AirTran Airways recommends that passengers arrive at the airport 90 minutes prior to the scheduled departure of their flight. Due to security requirements, passengers and their baggage will not be accepted at the ticket counter less than 30 minutes prior to the scheduled departure of their flight. Please note the minimum check-in time may be greater than 30 minutes at some airports.

**Gate Check-In Requirements**
Customers must present themselves at the flight departure gate no later than ten minutes prior to the scheduled departure of their flight. Failure to comply will cause the customer to lose their reservation and, if so, they will not be eligible for denied boarding compensation.

---

Do not reply to this message, it is being sent by an automated system that cannot receive replies. To contact us by email, please use the contact form on our website.

Condition of Contract: Air Transportation by AirTran Airways is subject to the terms of AirTran Airways' Condition of Contract including Contract of Carriage terms or international tariff rules. Such conditions include, without limitations, limits on liability for personal injury, death and baggage claims, provisions for reservations, refusal to transport, consequential damages, substitution of alternate air carrier or aircraft waiver/modification of terms, delays, and failure or inability to perform service. The Warsaw Convention may govern international travel. For such passengers, the Warsaw Convention, including special contract of carriage embodied in applicable tariffs, governs the liability of the carrier. The AirTran Airways contract of Carriage may be inspected at AirTran Airways customer service counter. For more information, direct inquiries to: AirTran Airways, Inc. Customer Relations Department, Dept. OSF. 9955 AirTran Boulevard, Orlando, FL 32827.