IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOCUMENT TECHNOLOGIES, INC. )<br>)<br>-and- )<br>)<br>JAMES MCGUIRE )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV01825 |

## ORDER GRANTING DEFENDANT JAMES MCGUIRE'S MOTION FOR CONTINUANCE OF THE STATUS HEARING

Upon consideration of Defendant James McGuire's Motion for Continuance of the Status Hearing and good cause having been demonstrated, it is by the Court this ____ day of _____ 2006;

ORDERED that the Motion for Continuance of the Status Hearing is GRANTED.

_____
UNITED STATES DISTRICT JUDGE