IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDERRAHIM TNAIB | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   05-CV-1825 (RMU) |
| | ) | |
| DOCUMENT TECHNOLOGIES, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| and | ) | |
| | ) | |
| JAMES McGUIRE | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

To the Clerk:

Kindly enter my appearance for Plaintiff in the captioned matter.

                                                      Respectfully submitted,

                                                      /s/

                                                      _____

                                                      James C. Bailey
                                                      BAILEY & EHRENBERG PLLC
                                                      1155 Connecticut Avenue NW
                                                      Suite 1100
                                                      Washington, D.C. 20036
                                                      T:  202-787-3869
                                                      F:  202-318-7071
                                                      E:  jcb@becounsel.com

                                                      Counsel for Plaintiff