IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

**DEFENDANT DOCUMENT TECHNOLOGIES, LLC'S
MOTION FOR LEAD COUNSEL TO PARTICIPATE
IN STATUS HEARING BY TELEPHONE**

COMES NOW Defendant Document Technologies, LLC ("DTI") and moves this Court to permit its lead counsel, Tricia A. Kinney or Shay Zeemer Hable of Powell Goldstein LLP's Atlanta office, to participate by telephone at the Status Hearing set to begin at 2:30 p.m. on Monday, December 11, 2006. DTI's local attorney, Stephen R. Smith or Natalie Stewart Cortez of Powell Goldstein LLP's Washington office, will participate in person at the scheduled Status Hearing.

Ms. Kinney and Ms. Hable, however, have functioned as lead counsel in this matter, conducted the 16.3 conference, and will manage all subsequent litigation scheduling and strategy matters, including propounding and responding to discovery requests and conducting depositions. Due to a desire to remain efficient as to the costs in this matter, they respectfully

request the ability to participate by telephone, rather than incurring for DTI the costs of travel for the Status Hearing.

Ms. Hable contacted counsel for Plaintiff and Mr. McGuire on Wednesday, November 22, 2006 to inquire whether they object to such participation by telephone, stating that if she heard no response by close of business on November 27, 2006 she would assume they did not object. Plaintiff's counsel responded that he had no objection to this Motion. As of the time of this filing, Mr. McGuire had not responded or otherwise objected. No party to this action shall be prejudiced by Ms. Kinney's or Ms. Hable's participation by telephone.

Respectfully submitted this 29th day of November, 2006.

/s/ Stephen R. Smith
Stephen R. Smith
D.C. Bar No. 453719
Natalie Stewart Cortez
D.C. Bar No. 483272
**POWELL GOLDSTEIN, LLP**
901 New York Avenue, NW
Third Floor
Washington, DC 20001
(202) 347-0066
(202) 624-7222

**OF COUNSEL:**

Tricia A. Kinney
Georgia Bar No. 422102
Shay Zeemer Hable
Georgia Bar No. 784310
**POWELL GOLDSTEIN, LLP**
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Tel: (404) 572-6600
Fax: (404) 572-6999

3

Attorneys for Defendant
Document Technologies, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>        Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br><br>Washington, DC  20036,<br><br>        and<br><br>JAMES MAGUIRE,<br><br>        Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing **DEFENDANT DOCUMENT TECHNOLOGIES, LLC'S MOTION FOR LEAD COUNSEL TO PARTICIPATE IN STATUS HEARING BY TELEPHONE** was electronically filed and thereby served on the following party in the foregoing matter:

>Howard N. Berliner
>BERLINER LAW FIRM, LLC
>1920 N Street, N.W.
>Suite 300
>Washington, D.C.  20036

The foregoing **DEFENDANT DOCUMENT TECHNOLOGIES, LLC'S MOTION FOR LEAD COUNSEL TO PARTICIPATE IN STATUS HEARING BY TELEPHONE** was

::ODMA\PCDOCS\ATL\1100384\1

served on the following parties by depositing copies of same in the United States Mail in properly addressed envelopes, with adequate postage thereon, addressed as follows

| | |
|---|---|
| James McGuire<br>2310 Bellow Court<br>Crofton, MD  21114 | Tricia A. Kinney, Esq.<br>Shay Zeemer Hable, Esq.<br>POWELL GOLDSTEIN LLP<br>One Atlantic Center, Fourteenth Floor<br>1201 West Peachtree Street, N.W.<br>Atlanta, Georgia  30309-3488 |

This 29th day of November, 2006.

/s/ Stephen R. Smith
Stephen R. Smith