IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>　　Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>　　and<br><br>JAMES MAGUIRE,<br><br>　　Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## **PROPOSED ORDER**

The Court having heard Defendant Document Technologies, LLC's Motion For Lead Counsel To Participate In Status Hearing By Telephone and finding no objection to said Motion hereby

**GRANTS** said Motion to permit counsel's participation by telephone at the Status Hearing set to begin at 2:30 p.m. (EST) on Monday, December 11, 2006.

**SO ORDERED:**

_____
JUDGE RICARDO M. URBINA