# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## AFFIDAVIT OF TRICIA A. KINNEY, ESQ.

State of Georgia
Fulton County

    Tricia A. Kinney, Esq. appeared before the undersigned and, being sworn, states as follows:

    1.    My name is Tricia A. Kinney. I am over eighteen years of age and am competent in all respects to make this affidavit, which I offer in support of the Motion and Memorandum for a Protective Order filed by Defendant Document Technologies, Inc. ("Defendant") and for all other purposes allowed by law. Except where otherwise indicated, I make this affidavit based upon personal knowledge.

2.  I am an attorney licensed to practice law in the State of Georgia. I am a partner at the law firm of Powell Goldstein LLP in Atlanta, Georgia, counsel to the Defendant in this matter.

3.  Previously, in or about December 2005, DTI learned that Mr. McGuire had been attempting to contact certain current employees of DTI with regard to this litigation.

4.  Upon this discovery, on or about December 12, 2005, I had a telephone conversation with Mr. McGuire in which I informed Mr. McGuire that as I was DTI's counsel in this matter, all communications with current DTI employees regarding this matter should be directed to me.

5.  On December 13, 2005, I confirmed this telephone conversation with Mr. McGuire by letter and reiterated that all communications with DTI employees about this matter should be directed to me.

6.  A true and correct copy of this December 13, 2005 letter is attached as Exhibit 1.

7.  Mr. McGuire did not go through me or my office to obtain the affidavits of the current management employees of DTI that he attached to his Initial Disclosures, submitted on December 13, 2006. Nor did Mr. McGuire go through me or my office to contact any of these current management employees of DTI.

Further Affiant sayeth not.

_____
Tricia A. Kinney

Sworn and subscribed to before me this
21st day of December

_____

# EXHIBIT 1

**POWELL GOLDSTEIN** LLP

Atlanta ▪ Washington

RESIDENT IN ATLANTA OFFICE
DIRECT DIAL: (404) 572-6645
TKINNEY@POGOLAW.COM

December 13, 2005

**VIA FEDERAL EXPRESS**

James McGuire
2310 Bellow Court
Crofton, Maryland 21114

Re:   Abderrahim Tnaib v. Document Technologies, Inc.

Dear Jim:

As I mentioned on the phone yesterday, I understand that you have attempted to contact several employees of Document Technologies, Inc. ("DTI") regarding the above-referenced matter. As we discussed, I represent DTI in this matter and all communications with DTI employees should be directed through me.

Thank you for your cooperation with this matter. Please do not hesitate to contact me should you have any questions.

Sincerely,

Tricia Kinney
Powell Goldstein LLP

cc:   Jenny Cybul