# EXHIBIT B

**POWELL**
**GOLDSTEIN** LLP

Atlanta • Washington

RESIDENT IN ATLANTA OFFICE
DIRECT DIAL: (404) 572-6645
TKINNEY@POGOLAW.COM

December 13, 2005

**VIA FEDERAL EXPRESS**

James McGuire
2310 Bellow Court
Crofton, Maryland 21114

Re:   Abderrahim Tnaib v. Document Technologies, Inc.

Dear Jim:

As I mentioned on the phone yesterday, I understand that you have attempted to contact several employees of Document Technologies, Inc. ("DTI") regarding the above-referenced matter. As we discussed, I represent DTI in this matter and all communications with DTI employees should be directed through me.

Thank you for your cooperation with this matter. Please do not hesitate to contact me should you have any questions.

Sincerely,

Tricia Kinney
Powell Goldstein LLP

cc:   Jenny Cybul