# EXHIBIT C

Case 1:05-cv-01825-RMU    Document 25-4    Filed 12/22/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDERRAHIM TNAIB, )
4856 Arlington Boulevard )
Arlington, VA 22204, )
 )
    Plaintiff, )
 ) CASE NO. 1:05CV01825
vs. )
 ) JUDGE: Ricardo M. Urbina
DOCUMENT TECHNOLOGIES, INC., )
2000 M. Street, N.W., Suite LL 03 ) DECK TYPE: Employment Discrimination
Washington, DC 20036, )
 ) DATE STAMP: 09/14/2005
    and )
 )
JAMES MAGUIRE, )
 )
    Defendants. )
_____)

## AFFIDAVIT OF JENNIFER N. CYBUL

State of Georgia
Cobb County

    Jennifer N. Cybul appeared before the undersigned and, being sworn, states as follows:

    1.    My name is Jennifer N. Cybul. I am over eighteen years of age and am competent in all respects to make this affidavit, which I offer in support of the Motion and Memorandum for a Protective Order filed by Defendant Document Technologies, Inc. ("Defendant") and for all other purposes allowed by law. Except where otherwise indicated, I make this affidavit based upon personal knowledge.

    2.    Since June 2005, I have been the Director of Human Resources for Defendant. In this capacity, I manage and oversee the entire human resource function for Defendant, and for example, have knowledge of the employees holding various positions.

3. Scott Bridgers currently holds the position of Accounting Manager for DTI, and in the past has held the position of Business Director at DTI's Washington, D.C. location where Plaintiff Abderrahim Tnaib ("Plaintiff") and Defendant James McGuire ("Defendant McGuire") once worked.

4. Makeisha McMillan is currently employed by DTI and in the past, has held the position of Shift Coordinator at DTI's Washington, D.C. location where Plaintiff and Defendant McGuire once worked.

5. Lakeisha McMillan is currently employed by DTI and in the past, has held the position of Shift Coordinator at DTI's Washington, D.C. location where Plaintiff and Defendant McGuire once worked.

6. All of the job titles listed above are considered management positions with DTI with supervisory responsibilities.

7. To date, DTI employs 1381 employees in total.

Further Affiant sayeth not.

_____
Jennifer N. Cybul

Sworn and subscribed to before me this
___22___ day of December 2006.
_Phyllis James_ / Phyllis James
Notary Public

Expires January 9, 2010