IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC  20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP:  09/14/2005 |

## ORDER

The Court having read and considered the Motion and Memorandum for Protective Order filed by Defendant Document Technologies, Inc. in the above-captioned matter, the Motion for Protective Order is hereby granted.

 

_____
Ricardo M. Urbina
Judge, United States District Court for the
District of Columbia