IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC  20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:05CV01825<br>)<br>)  JUDGE:  Ricardo M. Urbina<br>)<br>)  DECK TYPE:  Employment Discrimination<br>)<br>)  DATE STAMP:  09/14/2005<br>)<br>)<br>)<br>)<br>)<br>) |

**PROTECTIVE ORDER ON DOCKET NO. 25**

    Upon consideration of Defendant Document Technologies, Inc.'s ("DTI") Motion and Memorandum for a Protective Order (Docket No. 25), this Court hereby GRANTS the Motion and issues a protective order preventing James McGuire from directly or indirectly contacting, or attempting to contact, any current DTI employee with management or supervisory responsibility regarding this matter.  Mr. McGuire is ordered to instead direct all such communications to counsel for DTI.

                                                             _____
                                                             RICARDO M. URBINA
                                                             UNITED STATES DISTRICT COURT JUDGE