**EXHIBIT B**

Case 1:05-cv-01825-RMU    Document 28-3    Filed 01/12/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## AFFIDAVIT OF LAKEISHA MCMILLAN

District of Columbia )

    LaKeisha McMillan appeared before the undersigned and, being sworn, states as follows:

    1.    My name is Lakeisha McMillan. I am over eighteen years of age and am competent in all respects to make this affidavit. Except where otherwise indicated, I make this affidavit based upon personal knowledge.

    2.    I am currently employed by Document Technologies, LLC ("DTI"). In the past, I held the position of Shift Coordinator at DTI's Washington, D.C. location.

    3.    In this position, I had supervisory responsibilities.

    4.    James McGuire was my manager while he was employed at DTI.

    5.    In or about October 2006, Mr. McGuire approached me and asked me to sign an affidavit that he had prepared for defending a lawsuit filed by Abderrahim Tnaib ("Plaintiff").

6.  Mr. McGuire told me that Plaintiff had filed this lawsuit against him individually. Mr. McGuire did not tell me that Plaintiff had filed a lawsuit with the same allegations against DTI, my employer at the time and my current employer.

*Lakeisha McMillan*
Lakeisha McMillan

DISTRICT OF COLUMBUS

Sworn and subscribed to before me this 11th day of January 2007.

*Shelley R Chadick*
Notary Public

[Notary Seal: SHELLEY R CHADICK NOTARY PUBLIC DISTRICT OF COLUMBIA]