**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## AFFIDAVIT OF MAKEISHA MCMILLAN

District of Columbia )

Makeisha McMillan appeared before the undersigned and, being sworn, states as follows:

1. My name is Makeisha McMillan. I am over eighteen years of age and am competent in all respects to make this affidavit. Except where otherwise indicated, I make this affidavit based upon personal knowledge.

2. I am currently employed by Document Technologies, LLC ("DTI"). In the past, I held the position of Shift Coordinator at DTI's Washington, D.C. location.

3. In this position, I had supervisory responsibilities.

4. James McGuire was my manager while he was employed at DTI.

5. In or about October 2006, Mr. McGuire approached me and asked me to sign an affidavit that he had prepared for defending a lawsuit filed by Abderrahim Tnaib ("Plaintiff").

6. I was left with the impression that Mr. McGuire wanted this affidavit for a separate case between he and Plaintiff, not a case involving DTI.

_____
Makeisha McMillan

_____
Notary

Sworn and subscribed to before me this
____11th____ day of January 2007.

_____
Notary Public

**BELKIS A. CUETO**
Notary Public, District of Columbia
My Commission Expires August 31, 2010