**EXHIBIT D**

Case 1:05-cv-01825-RMU    Document 28-5    Filed 01/12/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA 22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC 20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## AFFIDAVIT OF SCOTT BRIDGERS

State of Georgia    )
County of Cobb    )

    Scott Bridgers appeared before the undersigned and, being sworn, states as follows:

    1.    My name is Scott Bridgers. I am over eighteen years of age and am competent in all respects to make this affidavit. Except where otherwise indicated, I make this affidavit based upon personal knowledge.

    2.    I am currently employed by Document Technologies, LLC ("DTI").

    3.    I currently hold the position of Accounting Manager for DTI and in the past have held the position of Business Manager at DTI's Washington, D.C. location.

    4.    Both of these positions are considered management positions with DTI with supervisory responsibilities.

5. When I worked at DTI's Washington, D.C. location, I worked with Plaintiff Abderrahim Tnaib ("Plaintiff") and Defendant James McGuire ("Mr. McGuire").

6. In or about November 2006, Mr. McGuire approached me and asked me to sign an affidavit that he had prepared for defending a lawsuit.

7. I knew that Plaintiff had filed this lawsuit against Mr. McGuire individually. While I knew that Plaintiff has also filed a lawsuit with similar allegations against DTI, I was under the understanding that Plaintiff had dropped the portion of the lawsuit against DTI.

_____
Scott Bridgers

Sworn and subscribed to before me this
01/10/07 day of January 2007.
_____
Notary Public

