**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ABDERRAHIM TNAIB ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01825 |
| ) | |
| DOCUMENT TECHNOLOGIES, INC. ) | |
| ) | |
| -and- ) | |
| ) | |
| JAMES MCGUIRE ) | |
| 2310 BELLOW COURT ) | |
| CROFTON, MD 21114 ) | |
| 410-570-4700 ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT JAMES MCGUIRE'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT DOCUMENT TECHNOLOGIES' REPLY TO OPPOSITION TO MOTION FOR PROTECTIVE ORDER

Defendant James McGuire ("McGuire") acting as a *Pro Se* litigant respectfully requests leave of the Court to file a Surreply to the Defendant Document Technologies' ("DTI") Reply to the Opposition to Motion for a Protective Order against Defendant James McGuire.

DTI makes a very serious allegation to the effect that Defendant McGuire was deceitful, dishonest, and deceptive in his contact with DTI employees which is a violation of DC Bar Rule 4.3 and in contradiction with D.C. Bar Legal Ethics Committee Opinion No. 129 (Sept. 20, 1983). These allegations are made for the first time in DTI's Reply to Defendant McGuire's Opposition for Protective Order and would not be able to be contested by Defendant McGuire without filing a Surreply.

"The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001).

An unsuccessful attempt was made via telephone to contact DTI's counsel to ascertain if they would oppose this motion.

                Respectfully Submitted
                James J. McGuire

                James J. McGuire
                PRO SE
                2310 Bellow Court
                Crofton, MD 21114
                (410) 570-4700

DATED: January 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOCUMENT TECHNOLOGIES, INC. )<br>)<br>-and- )<br>)<br>JAMES MCGUIRE )<br>2310 BELLOW COURT )<br>CROFTON, MD 21114 )<br>410-570-4700 )<br>)<br>Defendants. )<br>) | Case No. 1:05CV01825 |

### ORDER GRANTING DEFENDANT JAMES MCGUIRE'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANT DOCUMENT TECHNOLOGIES' REPLY TO OPPOSITION TO MOTION FOR PROTECTIVE ORDER

On January 16, 2007, Defendant James McGuire filed a motion for leave to file a Surreply to Defendant Document Technologies' Reply to Defendant McGuire's Opposition to Motion for a Protective Order against James McGuire.

The motion is **GRANTED**. Defendant James McGuire's Surreply to Document Technologies' Reply to Defendant McGuire's Opposition to Motion for a Protective Order against James McGuire shall be received for filing.

**ORDERED:**

_____
Judge Ricardo M. Urbina
Dated: _____, 2007