IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>    Plaintiff,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC  20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP:  09/14/2005 |

## PROTECTIVE ORDER ON CONFIDENTIALITY

Having considered the parties' STIPULATION OF CONFIDENTIALITY the Court hereby ORDERS:

1.  "Confidential Information" shall mean:

    a.  all documents and other things produced or otherwise disclosed by the parties in this Action, or by any third party, including all copies thereof, where such items are so designated as provided by this Protective Order ("Order"); and

    b.  all testimony given in this Action by the parties, their officers, consultants, experts, directors, agents, and/or employees, whether by deposition or otherwise, where such testimony is so designated as provided by this Order, including all transcript copies thereof.

2. The term "document" as used herein shall include, without limitation, correspondence, memoranda, stenographic and handwritten notes, diagrams, studies, publications, books, pamphlets, pictures, photographs, drawings and schematics of every type, films, videotapes, tape recordings, maps, reports, surveys, minutes, telegrams, telexes, contracts, memoranda of agreement, diaries, graphs, charts, checks, bank statements, income tax forms, other forms, microfilms, microfiche, computations, data processing cards, computer records and computer tapes and printouts and things similar to any of the foregoing; and every copy of such document whenever the original is not in your possession, custody or control; and any document bearing on any sheet or side thereof.

3. Confidential Information in documentary or written form shall be designated as confidential by marking each page of the document or writing as: **CONFIDENTIAL.**

4. Subject to the provisions of Paragraph 1, Confidential Information shall be given, shown, disclosed, made available, or communicated only to:

   a. The parties in this Action and their employees and representatives;

   b. The attorneys of record for the respective parties in this Action, their respective associates, clerks, legal assistants, stenographic personnel, and firms engaged by counsel to provide litigation support services and the employees of such firms; and

   c. court reporters covered by Paragraph 6 herein.

5. No person, firm, corporation or other entity shall use Confidential Information in any manner whatsoever except for use in the litigation of this Action.  Furthermore, no person, firm, corporation or other entity subject to this Order shall give, show, disclose, make available or communicate Confidential Information to any person, firm, corporation

or other entity not expressly authorized by this Order to receive such Confidential Information.

6. To the extent that any Confidential Document is used in the taking of depositions, all such documents and information shall remain subject to the provisions of this Order, along with the transcript pages of the deposition testimony directly dealing with the Confidential Documents or information. At the time any Confidential Document is used in any deposition, the reporter will be informed of this Order and will be required to operate in a manner consistent with this Order.

7. In the event a party wishes to use any Confidential Information in any affidavits, briefs, memoranda of law or other papers filed in this Action, such Confidential Information shall be filed under seal with the Court.

8. Upon the conclusion of this Action, all documents or information identified as Confidential Information shall be returned to the producing party or destroyed by counsel.

                                      SO ORDERED THIS ___ DAY OF _____, 2007

                                      _____
                                      RICARDO M. URBINA
                                      UNITED STATES DISTRICT COURT JUDGE