## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDERRAHIM TNAIB, )<br>4856 Arlington Boulevard )<br>Arlington, VA  22204, )<br> )<br>    Mr. Tnaib, )<br> )<br>vs. )<br> )<br>DOCUMENT TECHNOLOGIES, INC., )<br>2000 M. Street, N.W., Suite LL 03 )<br>Washington, DC  20036, )<br> )<br>    and )<br> )<br>JAMES MAGUIRE, )<br> )<br>    Defendants. )<br>_____) | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

**STIPULATION AND JOINT MOTION**
**FOR DISMISSAL WITH PREJUDICE**

Mr. Tnaib and Defendants agree and stipulate that the above-entitled case, and the claims asserted therein, be dismissed, with prejudice, with each party to pay its or his own costs, expenses, and attorneys' fees, and respectfully move the Court to enter an Order in substantially the form attached hereto.

Respectfully submitted this 1st day of June, 2007:

| | |
|---|---|
| Howard N. Berliner<br>BERLINER LAW FIRM, PLLC<br>1920 N Street, N.W.<br>Suite 300<br>Washington, D.C. 20036<br><br><br>/s/ James C. Bailey<br>James C. Bailey<br>BAILEY & EHRENBERG PLLC<br>1155 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, D.C. 20036<br><br>Attorneys for Mr. Tnaib<br><br>/s/ James McGuire (with permission by SZH)<br>James McGuire<br>2310 Bellow Court<br>Crofton, MD 21114<br><br>Defendant *Pro Se* | Stephen R. Smith<br>D.C. Bar No. 453719<br>Natalie Stewart Cortez<br>D.C. Bar No. 483272<br>POWELL GOLDSTEIN, LLP<br>901 New York Avenue, NW<br>Third Floor<br>Washington, DC 20001<br>(202) 347-0066<br>(202) 624-7222<br><br>/s/ Shay Zeemer Hable<br>Tricia A. Kinney<br>Georgia Bar No. 422102<br>Shay Zeemer Hable<br>Georgia Bar No. 784310<br>POWELL GOLDSTEIN, LLP<br>One Atlantic Center<br>Fourteenth Floor<br>1201 West Peachtree Street, NW<br>Atlanta, Georgia 30309-3488<br>Tel: (404) 572-6600<br>Fax: (404) 572-6999<br><br>Attorneys for Defendant Document Technologies, LLC |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDERRAHIM TNAIB,**  )<br>**4856 Arlington Boulevard**  )<br>**Arlington, VA  22204,**  )<br>)<br>      **Mr. Tnaib,**  )<br>)<br>vs.  )<br>)<br>**DOCUMENT TECHNOLOGIES, INC.,**  )<br>**2000 M. Street, N.W., Suite LL 03**  )<br>**Discrimination**<br>**Washington, DC  20036,**  )<br>)<br>      **and**  )<br>)<br>**JAMES MAGUIRE,**  )<br>)<br>      **Defendants.**  )<br>_____) | **CASE NO. 1:05CV01825**<br><br>**JUDGE:  Ricardo M. Urbina**<br><br>**DECK TYPE:  Employment**<br><br>**DATE STAMP: 09/14/2005** |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Stipulation and Joint Motion for Dismissal With Prejudice, and the Court having reviewed the said stipulation and joint motion, it is thereupon,

**ORDERED AND ADJUDGED** as follows**:**

This action, including the complaint and all claims asserted therein, shall be and hereby is dismissed, with prejudice, with each party to bear its or his own costs, expenses and attorneys' fees.

DONE AND ORDERED this _____ day of _____ 2007.

_____
**RICARDO M. URBINA**
UNITED   STATES   DISTRICT   COURT   JUDGE