IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ABDERRAHIM TNAIB,<br>4856 Arlington Boulevard<br>Arlington, VA  22204,<br><br>    Mr. Tnaib,<br><br>vs.<br><br>DOCUMENT TECHNOLOGIES, INC.,<br>2000 M. Street, N.W., Suite LL 03<br>Washington, DC  20036,<br><br>    and<br><br>JAMES MAGUIRE,<br><br>    Defendants. | CASE NO. 1:05CV01825<br><br>JUDGE:  Ricardo M. Urbina<br><br>DECK TYPE:  Employment Discrimination<br><br>DATE STAMP: 09/14/2005 |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Stipulation and Joint Motion for Dismissal With Prejudice, and the Court having reviewed the said stipulation and joint motion, it is thereupon,

**ORDERED AND ADJUDGED** as follows:

This action, including the complaint and all claims asserted therein, shall be and hereby is dismissed, with prejudice, with each party to bear its or his own costs, expenses and attorneys' fees.

DONE AND ORDERED this _1st_ day of _June_ 2007.

_[signature]_
RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE